170 So. 74

## Carl GREEN v. STATE.

### 5 Div. 229.

Supreme Court of Alabama.
Oct. 8, 1936.

Paul J. Hooton, of Roanoke, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

Petition of Carl Green for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Green v. State, 170 So. 72.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.